UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>                Plaintiffs,<br>    v.<br>WILLIAM P. ADKISON,<br><br>                Defendant,<br>    v.<br>BOEING EMPLOYEES CREDIT UNION,<br><br>                Garnishee. | Case No. MC19-0008RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' application for writ of garnishment for property in which the defendant/judgment debtor, William P. Adkison, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Boeing Employees Credit Union. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on January 18, 2019, at Dkt. # 1-2.

Dated this 23rd day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT